

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2014

No. 04-14-00016-CV

John F. **DAVIS**,
Appellant

v.

**FARIAS ENTERPRISES LTD.**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2010CVT001822 D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

On February 18, 2014, the Webb County district clerk notified this court that Appellant has failed to pay the clerk's fee for preparing the record and Appellant is not entitled to a free clerk's record. On February 20, 2014, we ordered Appellant to provide written proof to this court not later than March 3, 2014, that (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2) Appellant is entitled to appeal without paying the clerk's fee. *See* TEX. R. APP. P. 37.3(b).

On February 26, 2014, the district clerk filed the clerk's record. Our February 20, 2014 clerk's record order is satisfied. Appellant's brief is due on March 28, 2014. *See id.* R. 38.6(a).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court